1  ARIEL E. STERN, ESQ.
Nevada Bar No. 8276

2  NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125

3  PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557

4  AKERMAN LLP
1635 Village Center Circle, Suite 200

5  Las Vegas, Nevada 89134
Telephone: (702) 634-5000

6  Facsimile: (702) 380-8572
Email:  ariel.stern@akerman.com

7  Email:  natalie.winslow@akerman.com
Email:  paige.magaster@akerman.com

8

9  *Attorneys for NewRez LLC d/b/a*
*Shellpoint Mortgage Servicing*

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No. 2:22-cv-00195-JCM-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO SFR INVESTMENTS POOL 1, LLC'S MOTION TO DISMISS** |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, | **(SECOND REQUEST)** |
| Defendants. | |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING, | |
| Counterclaimant, | |
| vs. | |
| SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Counterdefendants. | |

SFR Investments Pool 1, LLC, and NewRez LLC d/b/a Shellpoint Mortgage Servicing,

hereby stipulate and agree that Shellpoint shall have an additional twenty-five days, up to and

{63372120}

1  including **May 31, 2022**, to file its response to SFR's motion to dismiss, which is currently due on

2  May 6, 2022, pursuant to ECF No. 27.  SFR's motion to dismiss was filed on March 23, 2022.

3      Good cause exists to extend Shellpoint's deadline to respond to SFR's dismissal motion.

4  Shellpoint has provided some information about the loan and the amount of debt secured by the deed

5  of trust to SFR and continues to gather additional information for review by SFR's counsel.  The

6  parties are currently discussing the possibility of settlement and will continue to do so after SFR's

7  counsel receives and reviews the entirety of the information to be provided by Shellpoint.  This is the

8  parties' second request for an extension of this deadline and is not intended to cause any delay or

9  prejudice to any party.

10     DATED this 6th day of May, 2022.

11

**AKERMAN LLP**

*/s/ Paige L. Magaster*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for NewRez LLC d/b/a
Shellpoint Mortgage Servicing*

**HANKS LAW GROUP**

*/s/ Chantel M. Schimming*
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139

*Attorneys for SFR Investments Pool 1, LLC*

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No. 2:22-cv-00195-JCM-BNW

DATED: May 9, 2022

{63372120}                    2