1  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
2  E-mail: karen@hankslg.com
   CHANTEL M. SCHIMMING, ESQ.
3  Nevada Bar No. 8886
   E-mail: chantel@hankslg.com
4  HANKS LAW GROUP
   7625 Dean Martin Drive, Suite 110
5  Las Vegas, Nevada 89139
   Telephone: (702) 758-8434
6  *Attorneys for SFR Investments Pool 1, LLC*

7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10 SFR INVESTMENTS POOL 1, LLC,            Case No.  2:22-cv-00195-JCM-BNW

                 Plaintiff,

                                           **STIPULATION AND ORDER FOR
                                           EXTENSION OF TIME TO FILE REPLY
   NEWREZ LLC, dba SHELLPOINT              IN SUPPORT OF SFR INVESTMENTS
   MORTGAGE SERVICING; DOES I through      POOL 1, LLC'S MOTION TO DISMISS
   X, inclusive; and ROE BUSINESS ENTITIES COUNTERCLAIMS**
   I through X, inclusive,
                                           **(FIRST REQUEST)**
                 Defendants.


   NEWREZ LLC dba SHELLPOINT
   MORTGAGE SERVICING,

18               Counterclaimant,

19 vs.

20 SFR INVESTMENTS POOL 1, LLC; DOES I
21 through X, inclusive; and ROE
   CORPORATIONS I through X, inclusive,
22
                 Counterdefendants.
23

24       SFR Investments Pool 1, LLC ("SFR"), and NewRez LLC d/b/a Shellpoint Mortgage

25 Servicing ("Shellpoint"), hereby stipulate and agree that SFR shall have an additional 10 days, up

26 to and including **June 17, 2022**, to file its reply to its motion to dismiss counterclaims, which is

27

28

                                              - 1 -

1  currently due on June 7, 2022. Shellpoint filed its response to SFR's motion to dismiss
2  counterclaims on May 31, 2022.

3      On June 7, 2022, counsel for SFR contacted counsel for the Bank and discussed SFR's
4  necessity for a short extension to file its Reply in support of its Motion to Dismiss Counterclaims.
5  The Bank agreed to the extension.

6      As such, the parties stipulate and agree that SFR shall have until June 17, 2022, to file
7  their Reply

8      This is the first request for an extension of this deadline and is not intended to cause any
9  delay or prejudice to any party.

10      DATED this 7th day of June, 2022.

| ...RMAN LLP | HANKS LAW GROUP |
|---|---|
| ...elanie D. Morgan | /s/ Karen L. Hanks |
| ...L E. STERN, ESQ. | KAREN L. HANKS, ESQ. |
| ...da Bar No. 8276 | Nevada Bar No. 9578 |
| ...ANIE D. MORGAN, ESQ. | CHANTEL M. SCHIMMING, ESQ. |
| ...da Bar No. 8215 | Nevada Bar No. 8886 |
| ...ALIE L. WINSLOW, ESQ. | 7625 Dean Martin Drive, Suite 110 |
| ...da Bar No. 12125 | Las Vegas, NV 89139 |
| ...E L. MAGASTER, ESQ. | *Attorneys for SFR Investments Pool 1, LLC* |
| ...da Bar No. 15557 | |
| ...Village Center Circle, Suite 200 | |
| ...egas, NV 89134 | |
| *Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: July 1, 2022