1  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
2  E-mail: karen@hankslg.com
   CHANTEL M. SCHIMMING, ESQ.
3  Nevada Bar No. 8886
   E-mail: chantel@hankslg.com
4  HANKS LAW GROUP
   7625 Dean Martin Drive, Suite 110
5  Las Vegas, Nevada 89139
   Telephone: (702) 758-8434
6  *Attorneys for SFR Investments Pool 1, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC, dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>Counterclaimant,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Counterdefendants. | Case No. 2:22-cv-00195-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO NEWREZ LLC dba SHELLLPOINT MORTGAGE SERVICING'S MOTION FOR JUDGMENT ON THE PLEADINGS ON SFR'S SECOND CAUSE OF ACTION FOR CANCELLATION O F WRITTEN INSTRUMENT PURSUANT TO NRS 106.240 [ECF NO.43]** |

SFR Investments Pool 1, LLC ("SFR") and Newrez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint") by and through their respective counsel of record, hereby stipulate to extend SFR's deadline to submit its response to Shellpoint's motion for judgment on the pleadings [ECF No. 43], currently set for August 18, 2022, to August 19, 2022.

- 1 -

This is a first request for the extension of said deadline and it is not made to cause delay or prejudice any party.

DATED this 18th day of August, 2022.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| /s/ Paige L. Magaster<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>Attorneys for NewRez LLC d/b/a<br>Shellpoint Mortgage Servicing | /s/ Karen L. Hanks<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>Attorneys for SFR Investments Pool 1, LLC |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: August 18, 2022