KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC, dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants.<br><hr>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>Counterclaimant,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Counterdefendants. | Case No. 2:22-cv-00195-JCM-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON NEWREZ LLC dba SHELLLPOINT MORTGAGE SERVICING'S MOTION FOR PROTECTIVE ORDER** |

SFR Investments Pool 1, LLC ("SFR"), and NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint"), hereby stipulate and agree to continue the hearing on Shellpoint's Motion for Protective Order, currently set for September 27, 2022, to a future date that is convenient to

- 1 -

1  this Court, due to the fact that counsel for SFR is currently scheduled to appear for oral argument
2  before the court of appeals in a pro bono matter on September 27, 2022 at 11 a.m.
3   This is the first request for a continuance of this hearing and is not intended to cause any
4  delay or prejudice to any party.
5   DATED this 19th day of August, 2022.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Natalie L. Winslow*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | */s/ Karen L. Hanks*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

## ORDER

IT IS ORDERED that ECF No. 53 is GRANTED. The motion hearing regarding Defendant's Motion for Protective Order (at ECF No. 45) is rescheduled to 10/4/2022 at 1:00 p.m. via Zoom video conference.

**IT IS SO ORDERED**

**DATED:** 5:26 pm, August 23, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**