ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. | Case No. 2:22-cv-00195-JCM-BNW <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br> **(FIRST REQUEST)** |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING, <br><br> Counterclaimant, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Counterdefendants. | |

…

…

{66106437;1}
66110497;1

SFR Investments Pool 1, LLC, and NewRez LLC d/b/a Shellpoint Mortgage Servicing, agree Shellpoint shall have an additional five (5) days, up to and including **August 31, 2022**, to file its reply in support of its motion for judgment on the pleadings on SFR's second cause of action for cancellation of written instrument pursuant to NRS 106.240, which is currently due on August 26, 2022.  The motion was filed on August 4, 2022, and SFR's response was filed on August 19, 2022.

The extension is requested because Shellpoint's counsel is replying in support of two motions for judgment on the pleadings, whilst also briefing two motions for protective orders and opposing two motions to amend the complaint, in this matter and another similar matter.  Additionally, counsel for Shellpoint has endured staff shortages in recent weeks due to unforeseeable circumstances, including but not limited to COVID-19. The deadlines for Shellpoint's oppositions and replies have fallen in short succession, and Shellpoint requires additional time to reply in support of both pending motions for judgment on the pleadings. Good cause therefore exists to extend Shellpoint's reply deadline.  This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 26th day of August, 2022.

| AKERMAN LLP | HANKS LAW GROUP |
|---|---|
| */s/ Paige L. Magaster* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> PAIGE L. MAGASTER, ESQ. <br> Nevada Bar No. 15557 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | */s/ Karen Hanks* <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> CHANTEL M. SCHIMMING, ESQ. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, NV 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No. 2:22-cv-00195-JCM-BNW

DATED: August 29, 2022

{66106437;1}   2