ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a
Shellpoint Mortgage Servicing*

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                    Defendants. | Case No.: 2:22-cv-00195-JCM-BNW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO SFR'S REQUESTS FOR ADMISSION, INTERROGATORIES, AND SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>                    Counterclaimant,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                    Counter-Defendant. | |

67136863;1
67208153;2

1  NewRez LLC dba Shellpoint Mortgage Servicing and SFR Investments Pool 1, LLC, hereby
2  stipulate and agree that Shellpoint shall have until **November 11, 2022**, to respond to the following
3  requests and interrogatories propounded in SFR's requests for admission, interrogatories, and second
4  set of requests for production of documents served on September 20, 2022:

- Requests for Admission Nos. 13-41
- Interrogatories Nos. 1-7, 14-23
- Requests for Production Nos. 9-13 and 15-20

Shellpoint and SFR further agree that Shellpoint shall have until fourteen (14) days after the court rules on Shellpoint's pending protective order motion, ECF No. 45, to respond to the remaining written discovery requests.

Shellpoint does not waive any objections it may have to SFR's written discovery requests by entering into this stipulation. The parties enter into this stipulation in good faith and not for purposes of delay or to prejudice any party.

DATED this 7th day of November, 2022.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Paige L. Magaster* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> PAIGE L. MAGASTER, ESQ. <br> Nevada Bar No. 15557 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | */s/ Karen L. Hanks* <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> CHANTEL M. SCHIMMING, ESQ. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

## ORDER

**IT IS SO ORDERED**

**DATED:** 12:04 pm, November 08, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2