1

2

3

4                           UNITED STATES DISTRICT COURT

5                                DISTRICT OF NEVADA

6                                       * * *

7   SFR INVESTMENTS POOL 1, LLC,              Case No. 2:22-CV-195 JCM (BNW)

8                              Plaintiff(s),                 ORDER

9          v.

10  NEWREZ LLC D/B/A SHELLPOINT
    MORTGAGE SERVICING,
11
12                            Defendant(s).

13

14          Presently before the court is Magistrate Judge Brenda Weksler's report and

15  recommendation ("R&R"). (ECF No. 111).  She recommends that plaintiff's motion to amend

16  by granted in part and denied in part.  Specifically, she concludes that plaintiff should be granted

17  leave to amend its wrongful foreclosure claim but denied leave to amend its quiet title claim. *See*

18  (*id.*)

19          No objections were filed to the R&R.  Thus, the court is not obligated to conduct a de

20  novo review of the R&R. 28 U.S.C. § 636(b)(1) (requiring courts to "make a de novo

21  determination of those portions of the report or specified proposed findings to which objection is

22  made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he

23  district judge must review the magistrate judge's findings and recommendations de novo *if*

24  *objection is made*, but not otherwise." (emphasis in original)).

25          Accordingly,

26          IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Weksler's R&R

27  (ECF No. 111) be, and the same hereby is, ADOPTED, in full.

28

**James C. Mahan**
**U.S. District Judge**

1         IT IS FURTHER ORDERED that plaintiff's motion to amend (ECF No. 40) be, and the

2    same hereby is, GRANTED in part and DENIED in part, consistent with that recommendation.

3         DATED December 19, 2022.

4                                      _____

5                                      UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -