Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff, | Case No. 2:22-cv-00195-JCM-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| NEWREZ LLC, dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>Counterclaimant,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Counter-defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

SFR Investments Pool 1, LLC, by and through its counsel, Hanks Law Group, and NewRez LLC dba Shellpoint Mortgage Servicing, by and through its counsel, Akerman LLP, hereby stipulate and agree that SFR Investments Pool 1, LLC's claims against NewRez LLC dba Shellpoint Mortgage Servicing and NewRez LLC dba Shellpoint Mortgage Servicing's

- 1 -

1  counterclaims against SFR Investments Pool 1, LLC are hereby dismissed, with prejudice, with
2  each side to bear their own fees and costs.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| /s/ Melanie D. Morgan<br>Melanie D. Morgan, Esq.<br>Nevada Bar No. 8215<br>Paige L. Magaster, Esq.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | /s/ Chantel M. Schimming<br>Chantel M. Schimming, Esq.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED April 6, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE